**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:19-CR-00125-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **SARA BATES (01)** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Sara Bates, is ACCEPTED and she is fully adjudged guilty of the offense charged in Count 1, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of November, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDG